UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2020
```

ZURICH AMERICAN INSURANCE
COMPANY, and WHITING-TURNER
CONTRACTING COMPANY,

                Plaintiffs,

-against-

WAUSAU BUSINESS INSURANCE
COMPANY,

                Defendant.

1:16-cv-03643 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by the Parties that a settlement in principle has been reached in this case, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 22, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: September 22, 2020
       New York, NY

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**